IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TONYA G. McGAHA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No.: 2:14-cv-169 |
| ) | Jury Demanded |
| J.B. HUNT TRANSPORT SERVICES, ) | District Judge Honorable |
| INC. D/B/A J.B. HUNT, ) | J. Ronnie Greer |
| ) | Magistrate Judge |
| J.B. HUNT TRANSPORT, INC. ) | Honorable Dennis H. Inman |
| D/B/A J.B. HUNT, ) | |
| ) | |
| LA, INC. ) | |
| D/B/A J.B. HUNT, ) | |
| ) | |
| J.B. HUNT CORP., ) | |
| D/B/A J.B. HUNT, ) | |
| ) | |
| and ) | |
| ) | |
| EUGENE DANIEL, JR., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS J.B. HUNT TRANSPORT SERVICES, INC., L.A. INC., J.B. HUNT CORPRATION, AND J.B. HUNT LOGISTICS, INC.**

COMES the Plaintiff, Tonya G. McGaha, through counsel, and certain Defendants J.B. Hunt Transport Services, Inc., L.A., Inc., J.B. Hunt Corp., Inc., J.B. Hunt Logistics, Inc., through counsel, and pursuant to Rule 41(a)(1)(ii), F.R.C.P., would respectfully show unto the Court that they hereby stipulate dismissal as to these said specific Defendants, without prejudice.

SO STIPULATED

The Law Offices of Eric B. Foust


BY: s/Eric B. Foust
Eric B. Foust, Esq.
Attorney on behalf of Plaintiff
422 South Gay Street, Third Floor
Knoxville, TN 37902
(865) 250-5182
Email: eric@foustlawfirm.com
Attorney on behalf of Plaintiff



O'Neil, Parker & Williamson, PLLC


BY:s/William A. Young
William A. Young, Esq.
Attorney on behalf of Defendants
J.B. Hunt Transport Services, Inc., L.A., Inc., J.B. Hunt Corp., J.B. Hunt Logistics, Inc.
7610 Gleason Drive, Suite 200
Knoxville, TN 37919
(865) 546-7190
byoung@opw.com



O'Neil, Parker & Williamson, PLLC


BY:s/William A. Young
William A. Young, Esq.
Attorney on behalf of Defendant
J.B. Hunt Transport, Inc.
7610 Gleason Drive, Suite 200
Knoxville, TN 37919
(865) 546-7190
byoung@opw.com

> O'Neil, Parker & Williamson, PLLC
>
> BY: s/William A. Young
> William A. Young, Esq.
> Attorney on behalf of Defendant
> Eugene Daniel, Jr.
> 7610 Gleason Drive, Suite 200
> Knoxville, TN 37919
> (865) 546-7190
> byoung@opw.com

**CERTIFICATE OF SERVICE**

I, William A. Young, Esq., do hereby certify that the foregoing Stipulation of Dismissal was filed electronically in this cause. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system

This the 30th day of September, 2014.

> s/William A. Young
> William A. Young (BPR#01345)