UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TONYA G. McGAHA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 2:14-cv-169 |
| | ) |
| JB HUNT TRANSPORT, | ) |
| INC., AND EUGENE, | ) |
| DANIEL, JR., | ) |
| | ) |
| Defendants, | ) |

## STIPULATION OF DISMISSAL

Come the Plaintiff, Tonya G. McGaha, through her counsel, Eric B. Foust, and the Defendants, JB Hunt Transport, Inc., and Eugene Daniel, Jr., through counsel, William A. Young, and announce to this Honorable Court that all matters herein in controversy have been fully compromised and resolved pursuant to separate agreements, the terms of which call for a Stipulation of Dismissal, with prejudice, to be entered in this case.

WHEREFORE, all Parties stipulate a dismissal, with full prejudice to the rebringing of this action. Each Party hereto shall be responsible for the payment of his, her, or its own discretionary costs, and no such discretionary costs shall be sought or assessed.

Respectfully submitted this 16th day of December, 2015.

Law Offices of Eric B. Foust

/s/ Eric B. Foust
Eric B. Foust, Esquire
Attorney on Behalf of Plaintiff, Tonya G. McGaha
422 S. Gay Street, Suite 302
Knoxville, TN 37902
(865) 250-5182
eric@foustlawfirm.com


O'NEAL, PARKER & WILLIAMSON, PLLC


/s/ William A. Young
William A. Young, Esquire
Attorney on Behalf of Defendants,
JB Hunt Transport, Inc., and
Eugene Daniel, Jr.
7610 Gleason Drive, Suite 200
Knoxville, TN 37919
(865) 546-7190
byoung@opw.com


## CERTIFICATE OF SERVICE

I, William A. Young, Esq., do hereby certify that the foregoing Stipulation of Dismissal, with prejudice, was filed electronically in this cause. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system

This the 16th day of December, 2015.

              s/William A. Young
              William A. Young (BPR # 01345)